**EXHIBIT 2:** INFRINGEMENT# 1 - URL: https://www.barrystickets.com/concert-tickets/led-zeppelin-concert-tickets/led-zeppelin-phoenix.php

